

STATE OF INDIANA    )    IN THE LAKE CIRCUIT/SUPERIOR COURT
    ) SS:
COUNTY OF LAKE    )    CROWN POINT, INDIANA

LARRY HIGGINS    )
  Plaintiff    )    CAUSE NO.: 45D10‑1804‑CT‑00074
  vs.    )
SABRINA VELLENDER    )
  and    )
PEOPLES AUTO SALES,    )
  Defendants

## COMPLAINT FOR DAMAGES

Comes now Plaintiff Larry Higgins, by his attorney, Michael J. Massa, and for his Complaint against Defendants Sabrina Vellender and Peoples Auto Sales, and each of them jointly and severally, alleges and says as follows:

1. That on or about the 9thth day of April, 2016, at approximately 8 a.m., on U.S. 41, at approximately its intersection with Ridge Road, in the Town of Highland, County of Lake, State of Indiana, Plaintiff Larry Higgins was driving his 1997 Dodge Caravan in a southerly direction on Ridge Road, stopped at a traffic signal at Ridge Road, when he was struck with great force from behind by a 2009 Chevy Cobalt automobile being operated by Sabrina Vellender, with the authorization and under the supervision and direction of owner, Peoples Auto Sales, or alternatively, as an agent, business invitee or employee of said Peoples Auto Sales.

2. That Sabrina Vellender at the aforesaid time and place did negligently, recklessly, willfully or wantonly drive her vehicle, directly into the rear of Plaintiff's, failed to drive at a reasonable speed, failed to apply her brakes to keep her vehicle from colliding with Plaintiff, that she and owner Peoples Auto Sales failed to keep the vehicles' brakes in working order.

3. That Defendant Peoples Auto Sales furnished an unsafe vehicle and negligently entrusted said vehicle to a young driver they knew or should have known was not adequately trained or licensed to safely operate the vehicle.

4. That Plaintiff Larry Higgins was at all material times herein, driving carefully and prudently, and exercising due care and caution for his own safety.

5. That as a direct and proximate result of the aforesaid negligence, the Plaintiff suffered property damage to his vehicle, mental and physical injuries, some of which are permanent, including but not limited to, debilitating injuries to the head, shoulders, neck and back. Plaintiff has incurred hospital and medical expenses, and will continue to incur hospital and medical expenses; endured great mental and physical pain and suffering, and will do so in the future, and has, and will in the future, be prevented from engaging in gainful employment, thereby suffering a loss of earnings, and suffered an interruption in, and a loss, of the quiet enjoyment of life.

WHEREFORE Plaintiff demands judgment against Defendants' Sabrina Vellender and Peoples Auto Sales, jointly and severally, in an amount which will fairly compensate Plaintiff for his injuries, pain and suffering, medical expenses, lost wages and other damages, interest, costs and all other proper relief in the premises.

MICHAEL J. MASSA
Attorney for Plaintiff
Michael J. Massa (#10025-45)
6122 W. 45th St
Gary, IN. 46408
Phone/fax (219) 923-6260
Email attorneymichaeljmassa@gmail

2