AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

`

LARRY HIGGINS
    Plaintiff

v.   Civil Action No.   2:20-cv-154

SABRINA VELLENDER
Terminated: 06/10/2021,

PEOPLES AUTO SALES
    Defendants

v.

PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD
    Movant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s),_____ recover from the Defendant(s)_____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: This case is DISMISSED with prejudice._____

This action was (*check one*):

☐ tried to a jury with Judge _____
presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by Judge Theresa L. Springmann on the Magistrate Judge's Report and Recommendation and Defendant's Oral Motion to Dismiss.

DATE:   September 28, 2021                    GARY T. BELL, CLERK OF COURT
                                              by     s/N. Long
                                                   *Signature of Clerk or Deputy Clerk*